O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-5946 AHM (AGRx) | Date | September 28, 2010 |
|---|---|---|---|
| Title | BURCHAM v. WELCH FOODS, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On September 23, 2010, the parties jointly requested that the Court schedule a further Rule 16 conference in this case to address certain case management issues that have arisen since the last Rule 16 conference.

Consistent with the parties' stipulation and request, the Court will hold a further Rule 16 conference on October 18, 2010 at 1:30 p.m., provided that the parties file a detailed Supplemental Scheduling Conference Statement at least seven days prior to that date.

This Statement shall set forth, to the best of the parties' knowledge, all additional cases that have been or likely will be filed, per the parties' representations in their stipulation. Further, the Statement shall set forth in detail the purpose and effect of the changes in the proposed amended complaint filed with the Court on September 24, 2010. Finally, the Statement shall include a detailed account of how the parties intend to manage the case moving forward, in light of the developments discussed in their stipulation. The Court is not yet willing to consider these actions and others filed in this district against Welch involving Welch's 100% White Grape Pomegranate flavored three-juice blend to be related to this case.

/ / /

/ / /

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-5946 AHM (AGRx) | Date | September 28, 2010 |
|---|---|---|---|
| Title | BURCHAM v. WELCH FOODS, INC. | | |

Based on the forgoing, the Court VACATES all existing dates established in the Court's prior scheduling orders, to be reset following the further Rule 16 conference, and ORDERS that the Rule 16 conference be held on October 18, 2010 at 1:30 p.m.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |