# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-5946 AHM (AGRx)*<br>SA CV 10-1427 AHM (AGRx) | Date | May 4, 2011 |
|---|---|---|---|
| Title | MARYAM BURCHAM v. WELCH FOODS, INC. consolidated with SA SEANN P. COURTNEY v. WELCH FOODS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

The Court DENIES Plaintiff Seann Courtney's Motion for Leave to File a First Amended Complaint ("FAC") in the *Courtney* action.[1]

On February 3, 2011, the Court granted the parties' stipulation to consolidate the *Courtney* action with the *Burcham* action and to appoint Weiss & Lurie as lead counsel. Dkt. 75. The stipulation was signed by all of the parties, including Harold M. Hewell, counsel for Ms. Courtney who filed this Motion for Leave to File a FAC. Dkt. 73. The consolidation order rendered the *Burcham* complaint the operative complaint. Dkt. 75, at ¶ 2.

On March 7, 2011, the Court held a hearing on the parties' Motion for Settlement Approval, Dkt. 78, and granted, for reasons stated on the record, the Parties' Motion for Preliminary Approval. Dkt. 85. The Court ordered the parties to promptly submit a revised proposed order, final claim form, text of the proposed advertisements, the text of the proposed website, the final stipulation of settlement, and the final notice to the class. Dkt. 85. The parties submitted the documents, and on March 14, 2011, the Court signed the Order Preliminarily Approving the Class Action Settlement, Conditionally Certifying the Settlement Class, and Providing for a Notice and Scheduling Order. Dkt. 87.

Plaintiff Burcham opposes this Motion, as does Defendant Welch. Dkt. 29, 31. Plaintiff Burcham notes that she and her counsel (Weiss & Lurie, lead counsel) "do not

---

[1] Dkt. 28 in CV 10-1427 AHM (AGRx).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5946 AHM (AGRx)*<br>SA CV 10-1427 AHM (AGRx) | Date | May 4, 2011 |
|---|---|---|---|
| Title | MARYAM BURCHAM v. WELCH FOODS, INC. consolidated with SA<br>SEANN P. COURTNEY v. WELCH FOODS, INC., et al. | | |

consent to the filing of Courtney's Motion or to the filing of a proposed amended complaint." Opp., at 1.

In her motion, Courtney states she has already notified Plaintiff Burcham's counsel that she objects to the settlement claims. Mot. at 2. She states she is filing this motion "in order to avoid undue delay should the class action settlement now pending before this Court not achieve final approval for any reason." Mot. at 3-4. In this statement, she underscores the procedural impropriety of this motion. Courtney joined the Motion to Consolidate, and is now estopped from backing out of that concerted decision. Moreover, Courtney is seeking to amend a complaint that is not the operative complaint. Finally, Courtney has the opportunity to opt out of the settlement or to file objections to it, as she claims to have done, if she so desires. The Court accordingly DENIES Courtney's Motion.[2]

No hearing is required. Fed. R. Civ. P. 78; Local Rule 7-15.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[2] Dkt. 28 in CV 10-1427 AHM (AGRx).